938

No. 87–6242.   Beauford *v.* Father Flanagan's Boys' Home.   C. A. 8th Cir.   Certiorari denied.

No. 87–6247.   Haas *v.* Wilcox et al.   C. A. 9th Cir.   Certiorari denied.

No. 87–6263.   Fied *v.* Washington.   Sup. Ct. Wash.   Certiorari denied.

No. 87–6268.   Springer, aka McNeal *v.* United States.   C. A. 8th Cir.   Certiorari denied.

No. 87–6270.   Carter *v.* Lynaugh, Director, Texas Department of Corrections.   C. A. 5th Cir.   Certiorari denied.

No. 87–6275.   Birdsell *v.* Leach et al.   C. A. 8th Cir.   Certiorari denied.

No. 87–6293.   Smolarski *v.* Owens, Commissioner, Pennsylvania Department of Corrections, et al.   C. A. 3d Cir.   Certiorari denied.

No. 87–6296.   Wicker *v.* Texas.   Ct. Crim. App. Tex.   Certiorari denied.

No. 87–6298.   Economou et ux. *v.* Securities and Exchange Commission.   C. A. 2d Cir.   Certiorari denied.

No. 87–6308.   Eakins *v.* Foltz, Warden.   C. A. 6th Cir.   Certiorari denied.

No. 87–6323.   Moline *v.* United States.   C. A. 9th Cir.   Certiorari denied.

No. 87–6324.   Harry *v.* United States.   C. A. 8th Cir.   Certiorari denied.

No. 87–6327.   Timmonds *v.* United States.   C. A. 11th Cir.   Certiorari denied.

No. 87–6337.   Parker *v.* United States.   C. A. 4th Cir.   Certiorari denied.